534

The People of the State of Illinois, Plaintiff-Appellee, *v.* Walter Clark, Defendant-Appellant.

(No. 60106; ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

First District (3rd Division)—April 3, 1975.

▉▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

PER CURIAM.

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

James J. Doherty, Public Defender, of Chicago (Steven Silets and Suzanne M. Xinos, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., Assistant State's Attorney, and Raymond R. Maddock, Jr., Law Student, of counsel), for the People.